**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HONEYWELL AEROSPACE US LLC,<br><br>Plaintiff,<br><br>v.<br><br>SCRIBD, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) | C.A. No. ___________<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR TRADE SECRET MISAPPROPRIATION**

1. Scribd, Inc. ("Scribd"), the self-proclaimed "home to the world's documents," hosted and distributed confidential and proprietary Honeywell Aerospace US LLC ("Honeywell Aerospace") technical publications and manuals (collectively "Honeywell Aerospace Manuals" or "Manuals") without Honeywell Aerospace's authorization. Scribd not only made the Manuals searchable, downloadable, and available to the public, it employed artificial intelligence to organize and summarize them for ease of use. Because the Manuals are replete with highly technical engineering specifications and instructions intended for the safe maintenance and repair of aircraft components, Scribd's irresponsible public dissemination of these documents poses risks not only to the rightful owner of the trade secrets therein (i.e., Honeywell Aerospace), but to the millions of people in the United States alone who take to the air on more than 44,000 flights each day.[1] Scribd has no safeguards to prevent trade secrets or other highly sensitive documents from appearing on its website, let alone to ensure that the highly regulated manuals it openly publishes for "the world" contain only current, accurate data. This failure ultimately undermines the safety and integrity of critical aviation operations.

---

[1] https://www.faa.gov/air_traffic/by_the_numbers.

2. Scribd's dissemination of Honeywell Aerospace's confidential materials reflects a broader problem with sensitive documents it makes publicly accessible. Included in the documents Scribd "houses" for the world to readily access are materials Scribd knows it should not have, much less share, with the world. This is not an isolated oversight: public reports have exposed Scribd as a repository for sensitive materials ranging from bank statements to passports and income tax returns, all improperly uploaded and irresponsibly shared with the world. *See Scribd – A Goldmine of Sensitive Data: Uncovering Thousands of PII Records Hiding in Plain Sight*, https://medium.com/@umairnehri9747/scribd-a-goldmine-of-sensitive-data-uncovering-thousands-of-pii-records-hiding-in-plain-sight-bad0fac4bf14 (last visited Oct. 12, 2026).

3. For example, one of many Honeywell Aerospace Manuals on Scribd's website as of the date of this Complaint is for a turbofan aircraft engine. Scribd's own AI-generated summary admits that the document "is proprietary and confidential information from Honeywell *that contains trade secrets* and requires authorization for export and use."



*See* https://www.scribd.com/document/725814294/TFE731-2-3B-IPC (last accessed Oct. 12, 2026) (emphasis added). This document, like many other Honeywell Aerospace Manuals, has been frequently accessed due to Scribd's disclosure: it has been viewed 659 times on Scribd's website.

***Honeywell Aerospace's Trade Secrets***

4. Scribd's unrestricted dissemination of Honeywell Aerospace Manuals compromises technical information developed and maintained for the safe operation and repair of flight-critical aerospace systems and components. Honeywell Aerospace designs and manufactures aircraft engines, auxiliary power units ("APUs"), and avionics, and provides the technical publications and aftermarket support for their safe operation and repair. To ensure the highest standards of safety and reliability, Honeywell Aerospace distributes the Manuals only pursuant to contractual or licensing agreements, through a controlled system that includes appropriate safeguards, including provision of current Manual revisions. Recipients must be authorized by the relevant flight safety authorities to perform the services defined in the Manuals or own or operate the product concerned, clear U.S. export-control and sanctions screening, and agree to appropriate confidentiality and distribution restrictions.

5. The Honeywell Aerospace Manuals contain detailed technical information concerning Honeywell Aerospace products including, among other things, maintenance, repair, overhaul, troubleshooting, inspection, installation, testing, operating procedures, parts and component information, specifications, diagrams, and other nonpublic engineering and operational know-how essential for the safe operation and proper maintenance and repair of Honeywell Aerospace products. Honeywell Aerospace zealously guards the secrecy of the Manuals, enforcing confidentiality protocols, restricted distribution, and explicit contractual obligations prohibiting

both the disclosure to unauthorized third parties and the misuse of the contents of the Manuals. Honeywell Aerospace does not provide Honeywell Aerospace Manuals to third parties without their agreement to keep and maintain the Manuals for specific use and to observe strict confidentiality requirements and distribution prohibitions.

6. In addition, the Manuals themselves expressly state that the information contained therein is confidential and proprietary and that the Manuals contain Honeywell Aerospace trade secrets—for example:

> **Honeywell - Confidential**
>
> COPYRIGHT BY HONEYWELL INTERNATIONAL INC. ("HONEYWELL"). ALL RIGHTS RESERVED. THIS DOCUMENT AND ALL INFORMATION CONTAINED HEREIN ARE THE CONFIDENTIAL AND PROPRIETARY INFORMATION OF HONEYWELL AND CONTAIN HONEYWELL TRADE SECRETS. NEITHER THIS DOCUMENT NOR THE INFORMATION CONTAINED HEREIN MAY, IN WHOLE OR IN PART, BE USED, DUPLICATED, OR DISCLOSED FOR ANY PURPOSE WITHOUT PRIOR WRITTEN PERMISSION OF HONEYWELL.
>
> PLEASE REVIEW THE TERMS OF THIS AGREEMENT CAREFULLY BEFORE USING THIS DOCUMENT, AS BY USING IT, YOU ACKNOWLEDGE THAT YOU HAVE REVIEWED THIS AGREEMENT AND AGREE TO BE BOUND BY ITS TERMS AND CONDITIONS.

*See* https://www.scribd.com/document/725814294/TFE731-2-3B-IPC (last accessed Oct. 12, 2026) (emphasis added).

7. Although technical publications created before the separation may bear the name "Honeywell" or identify Honeywell International Inc., Honeywell Aerospace now owns the publications and the trade-secret rights asserted in this action. Those legacy markings do not reflect the current ownership of the Manuals or their protected contents. Prior to the transfer of ownership, Honeywell Aerospace's predecessor, Honeywell International Inc., enforced the rigorous safeguards outlined herein with respect to the Manuals.

8. The trade secrets at issue here consist of the nonpublic technical information and compilations contained within the identified Honeywell Aerospace Manuals, including proprietary maintenance, repair, overhaul, troubleshooting, inspection, installation, and testing procedures; engineering specifications and tolerances; inspection and acceptance criteria; repair limits;

component configurations; tooling and test requirements; parts and component information; technical diagrams; and other nonpublic engineering and operational know-how. Honeywell Aerospace does not claim trade-secret protection for information that is generally known, independently available through lawful means, or authorized by Honeywell Aerospace for public release. The identified trade secrets are embodied in specific Honeywell Aerospace technical publications. Representative publications published and accessible on Scribd include Component Maintenance Manual 12-591, Revision 7; Component Maintenance Manual 32-40-09-2606671, Revision 16; the TFE731-2/3B Engine Illustrated Parts Catalog; the T53L-703 Engine Illustrated Parts Catalog, Publication 290-4, Revision 3; the T53L-703 Engine Maintenance Manual, Publication 290-2, Revision 4; and the additional Honeywell Aerospace publications identified in **Exhibit A** attached hereto. Every one of the publications listed in Exhibit A has been on Scribd's website since at least September 11, 2026 and remains on Scribd's website today.

9. Those representative publications reveal only a small part of the unauthorized dissemination of Honeywell Aerospace's confidential and proprietary materials. Indeed, Honeywell Aerospace's search of Scribd's publicly accessible website revealed *hundreds* of Manuals—the full universe of which cannot be identified by Honeywell Aerospace because Scribd alone controls its platform, including the complete library, indexing, and searching of records. Moreover, despite Honeywell Aerospace's requests (beginning on August 14, 2026 and repeated for weeks thereafter) that any and all Manuals be removed, many of these Manuals remain available on Scribd's site.

10. These Manuals have been improperly uploaded, hosted, indexed, and available for access and download without restriction. Specifically, Honeywell Aerospace Manuals uploaded to Scribd's platform without Honeywell Aerospace's authorization or knowledge include, but are

not limited to, Manuals concerning the following Honeywell Aerospace products: APUs, engines, wheels and brakes, flight data recorders, auto pilot controllers, aircraft solenoid valves, oxygen sensors, compressors, satellite communication terminals, and traffic collision avoidance systems.

***Aviation Regulatory Framework***

11. The regulatory framework here is informative: Federal Aviation Administration ("FAA") regulations require maintenance and repair work to be performed by appropriately authorized persons and in accordance with current, approved technical data. See 14 C.F.R. pt. 43. Scribd provides no mechanism to verify the currency, accuracy, or authenticity of the Honeywell Aerospace Manuals hosted on its platform, and individuals downloading Honeywell Aerospace Manuals from Scribd have no reliable way to confirm they are working from the latest, most accurate version of the Manuals. As a result, Manuals obtained from Scribd create a real safety risk of introducing uncontrolled, unverified technical data into the repair and safety of flight environment. The currency and accuracy of technical data for aviation repairs and maintenance is so critical to flight safety that FAA regulations require repair stations to maintain document systems that guarantee that only current, verified data is used for aircraft maintenance and repairs. See 14 C.F.R. §§ 43.13(a); 145.109(d). Of course, Scribd's platform—which is not FAA-approved—provides no revision control or authentication to ensure the accuracy and currency of the Manuals, inherently weakening these regulatory safety measures.

12. This risk is further compounded by the unauthorized availability of Honeywell Aerospace Manuals. These Manuals provide the exact technical data—such as engineering specifications and tolerances, repair limits, component configurations, and tooling and test requirements—necessary to attempt the manufacture or repair of Honeywell Aerospace parts outside of the FAA's approved production and repair system. Under 14 C.F.R. § 21.9, a part

produced or repaired outside of an FAA-approved production, type certificate, or certificated repair station process is an unapproved part, regardless of whether the underlying technical work is otherwise competently performed. Honeywell Aerospace's controlled distribution system, unlike Scribd's unrestricted platform open to "the world," is designed to confirm that any person obtaining the Manuals is qualified, authorized, and accountable to use them, and Scribd's refusal to prevent the Manuals' continued and repeated unauthorized availability defeats the safeguard entirely.

13. This risk is most acute with respect to uncertificated repair operations—particularly those located in foreign jurisdictions lacking independent airworthiness oversight comparable to that of the FAA or the European Union Aviation Safety Agency ("EASA"). These unregulated and/or uncertified entities possess no known commitments to safety culture, have no accountability for the quality and accuracy of the work they perform, and have not obtained Honeywell Aerospace's proprietary technical data through any authorized means. Honeywell Aerospace's vetting requirements exist to confirm that any person or entity obtaining the Manuals is capable of performing, and authorized to perform, the maintenance, repair, or manufacture those Manuals describe. Scribd's unrestricted hosting of the Manuals removes the requirement entirely, and does so on a global, unauthenticated platform accessible to any person, anywhere, regardless of qualification or intent.

14. Parts produced or repaired outside of Honeywell Aerospace's approved system, even where the underlying technical information used is accurate, do not undergo the testing, inspection, and traceability procedures Honeywell Aerospace's production and repair approvals require, and which make a certified part reliable in the first place. The FAA's own enforcement record confirms this risk is neither speculative nor unprecedented. In recent years (and unrelated

to Scribd), the FAA identified a company lacking FAA production approval (AOG Technics Ltd.) that was selling unauthorized bushings for GE Model CF6 aircraft engines. *See* FAA, *Unapproved Parts Notification No. 2023-AAE-EHL-20230801-713* (Sept. 21, 2023), https://www.faa.gov/aircraft/safety/programs/sups/upn/2023-AAE-EHL-20230801-713. The FAA also revoked the certificate of a repair station for failing to follow its own repair station manual and failing to substantiate that it possessed the technical data and qualified personnel required for its capability list (also unrelated to Scribd). *See FAA Revokes Repair Station Certificate of Xtra Aerospace of South Florida*, FAA (Oct. 25, 2019), https://www.faa.gov/newsroom/faa-revokes-repair-station-certificate-xtra-aerospace-south-florida.

15. News and court reporting describe the scale of the AOG Technics scheme in greater detail than the FAA's notification alone, estimating the company sold approximately 60,000 falsely certified parts and its director was criminally convicted and sentenced to prison in connection with a fraud valued at approximately £40 million. *See* 60,000 Fake Parts Sold: The True Scale of the AOG Technics Fraud, Simple Flying (2024), https://simpleflying.com/60000-fake-parts-sold-true-scale-aog-technics-fraud/ (last visited Oct. 12, 2026); AOG Technics Director Jailed Over Fake CFM56 Parts, Aerospace Global News (2026), https://aerospaceglobalnews.com/news/aog-technics-director-jailed-fake-cfm56-parts/ (last visited Oct. 12, 2026); DJ Who Sold Fake Jet-Engine Parts Caused £40 Million in Damages, Bloomberg (Feb. 23, 2026), https://www.bloomberg.com/news/articles/2026-02-23/dj-who-sold-fake-jet-engine-parts-caused-40-million-in-damages (last visited Oct. 12, 2026) (each describing conduct unrelated to Scribd or the Manuals at issue here).

16. This danger is far from hypothetical. Honeywell Aerospace's own products have previously been implicated in confirmed instances involving Suspected Unapproved Parts (unrelated to Scribd). *See Unapproved Parts Notification (UPN) 2023-S20220531034*, FAA (Jan. 12, 2023), https://www.faa.gov/aircraft/safety/programs/sups/upn/2023-S20220531034 (unapproved Honeywell Aerospace TFE731-2 engine parts); *Suspected Unapproved Parts Details*, EASA PRO (July 4, 2008), https://www.easa.europa.eu/en/domains/aircraft-products/suspected-unapproved-parts/2008-200600159-066-50001-1001-15 (improperly overhauled Honeywell Aerospace IVA-81A TCAS display indicators). Scribd's continued, unrestricted hosting of the Manuals introduces this precise category of risk to Honeywell Aerospace's own products because it makes available to any person and without qualification exactly the technical information necessary to perform unauthorized manufacture or repair.

17. Honeywell Aerospace raises these points solely to demonstrate that the harm caused by Scribd's conduct is irreparable and extends beyond Honeywell Aerospace to the flying public, not as an independent theory of liability. By statute, Congress charged the FAA with promoting aviation safety by prescribing minimum standards for the inspection, servicing, and overhauling of aircraft, aircraft engines, propellers, and appliances. *See* 49 U.S.C. § 44701. Honeywell Aerospace's controlled, credentialed distribution system is one of the private mechanisms that carries out the statutory mandate for the Manuals at issue, and Scribd's continued, unrestricted hosting defeats it, undermining a regulatory scheme in which the public has a direct interest independent of Honeywell Aerospace's own commercial injury. Honeywell Aerospace carries out this regulatory requirement by limiting distribution of the Manuals to vetted maintenance, repair, and overhaul ("MRO") providers and to other qualified recipients under specific licensing, contractual, and confidentiality terms.

***Scribd's Continued Dissemination and Use of Honeywell Aerospace Manuals Despite Warning***

18. Scribd is not, and has never been, an MRO provider and Honeywell Aerospace has not otherwise made the Manuals available to Scribd. Scribd was never granted permission to acquire, reproduce, host, publish, display, distribute, summarize with AI, index, or otherwise use and make available to the public any Honeywell Aerospace Manual. Instead, Scribd's platform has become a vehicle for the unauthorized acquisition and dissemination of Honeywell Aerospace's trade secrets, alongside Scribd's AI-generated summaries and indexes of such trade secrets, in direct violation of explicit confidentiality provisions binding on authorized recipients of the Manuals and despite Honeywell Aerospace's warnings.

19. When confronted with its wrongdoing and asked to take reasonable measures to prevent future distribution and use of Honeywell Aerospace Manuals, Scribd refused. Scribd claimed it had no obligation to do so—taking the position that the burden of policing *its own* platform lies with Honeywell Aerospace. This defiant stance reveals Scribd's intent to continue profiting from the unauthorized hosting, display, distribution, use, and AI-exploitation of Honeywell Aerospace's valuable, non-public confidential and proprietary information and trade secrets.

20. Honeywell Aerospace is now actively monitoring Scribd's publicly accessible website for unauthorized materials. Honeywell Aerospace has repeatedly identified unauthorized copies of the Manuals, provided representative samples, submitted takedown requests, and demanded that Scribd remove the Manuals and prevent re-uploads. On August 14, 2026, Honeywell Aerospace sent Scribd a formal cease-and-desist letter demanding that Scribd immediately remove the Manuals from its website. Scribd then removed only the Manuals identified as representative samples, but those same Manuals can be re-uploaded, forcing

Honeywell Aerospace to constantly police the platform and repeat the process. Honeywell Aerospace followed up to request Scribd take meaningful action, to no avail. These efforts reflect diligent policing consistent with reasonable measures to maintain secrecy, but Scribd's refusal to prevent recurrence renders them ineffective.

## THE PARTIES

21. Plaintiff Honeywell Aerospace is a Delaware limited liability company with its principal place of business at 1944 E. Sky Harbor Circle North, Phoenix, Arizona 85034.

22. Honeywell Aerospace designs, develops, manufactures, markets, sells, and supports a wide range of aerospace products and technologies, including APUs, propulsion engines, avionics, and related systems and components, together with the technical publications required to install, operate, maintain, repair, and overhaul them.

23. Honeywell Aerospace owns the Honeywell Aerospace Manuals and the trade secrets contained within them. Honeywell Aerospace acquired those rights in connection with the June 29, 2026 separation of Honeywell Aerospace's business from Honeywell International Inc. The assets and intellectual property transferred or allocated to Honeywell Aerospace included the confidential and proprietary know-how, trade secrets, technical data, manuals, specifications, drawings, reports, procedures, methods, techniques, and processes associated with the aerospace business. Honeywell Aerospace's trade secrets are related to products and services used in, and intended for use in, interstate and foreign commerce, including aircraft fleets worldwide that incorporate Honeywell Aerospace APUs and other Honeywell Aerospace products. *See* 18 U.S.C. § 1836(b)(1). Technical publications may bear the name "Honeywell" or identify Honeywell International Inc. Those legacy markings reflect historical source and branding, not the Manuals'

current ownership.[2] References in this Complaint to the legends, notices, and identifying information on the Manuals include markings identifying "Honeywell" or "Honeywell International Inc.", which Honeywell Aerospace now owns and enforces as successor in interest.

24. Defendant Scribd, Inc. ("Scribd" or "Defendant") is a Delaware corporation with its principal place of business at 460 Bryant Street, Suite 300, San Francisco, California 94107.

25. On information and belief, Scribd may be served with process through its registered agent Business Filings Incorporated at 108 West 13th St., Wilmington, Delaware 19801.

26. Honeywell Aerospace is organized, and Scribd is incorporated, under the laws of the State of Delaware, and the harm from Scribd's conduct is suffered by Honeywell Aerospace, a Delaware limited liability company. Delaware has the most significant relationship to the parties and to the occurrences giving rise to this action, and Delaware law governs Honeywell Aerospace's state-law claim of trade secret misappropriation. On information and belief, Scribd has many users in the State of Delaware who upload, access, and download the materials that Scribd hosts on its website.

27. Scribd owns and operates a document-hosting and subscription platform available at www.scribd.com and related applications and services, through which Scribd hosts, indexes, displays, summarizes with AI, and distributes documents uploaded by its users. Scribd derives revenue from subscriptions to its website and the related services it provides. Scribd employs Delaware residents. *See* PURPOSE JOBS, *Scribd Senior Director IT & Security,*

---

[2] Before June 29, 2026, Honeywell Aerospace's business was conducted as part of Honeywell International Inc. As such, technical publications issued before and around that date bear the "Honeywell" name and markings. In connection with the June 29, 2026, separation, intellectual property associated with Honeywell Aerospace's business was transferred or allocated to Honeywell Aerospace. Thus, legacy markings on the Manuals reflect historical source and branding, rather than ownership.

https://www.purpose.jobs/discover/companies/scribd/jobs/38408406-senior-director-it-security (last visited Oct. 12, 2026). Scribd also operates in Delaware and provides services to Delaware residents. *See* SCRIBD HELP CENTER, *Global Privacy Policy*, https://support.scribd.com/hc/en-us/articles/210129366-Global-Privacy-Policy (last visited Oct. 12, 2026).

**JURISDICTION AND VENUE**

28. This Court has personal jurisdiction over Scribd because Scribd is incorporated in the State of Delaware and is therefore at home in this forum. In addition, and in the alternative, Scribd is subject to personal jurisdiction because it purposefully directs its platform and services to residents of Delaware, transacts business in Delaware, and has committed acts of trade secret misappropriation it knew or should have known would cause harm in Delaware, including to Honeywell Aerospace, a Delaware limited liability company.

29. This Court has original federal question jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 because this action arises under the laws of the United States. Honeywell Aerospace asserts a claim against Scribd under a federal statute, specifically, the Defend Trade Secrets Act ("DTSA"), 18 U.S.C. § 1836(c), which expressly confers jurisdiction upon the federal district courts. In addition, Scribd knowingly, willfully, and without authorization misappropriated Honeywell Aerospace's trade secrets in violation of 18 U.S.C. § 1836(b).

30. This Court has supplemental jurisdiction over Honeywell Aerospace's state law claim under the Delaware Uniform Trade Secrets Act ("DUTSA") pursuant to 28 U.S.C. § 1367(a) because that claim is so related to Honeywell Aerospace's federal claim that it forms part of the same case or controversy under Article III of the United States Constitution. Honeywell Aerospace's state-law claim arises out of the same nucleus of operative facts—Scribd's unauthorized hosting, distribution, and use of the Honeywell Aerospace Manuals and the trade

secrets therein—as Honeywell Aerospace's federal claim under 18 U.S.C. § 1836 such that they form part of the same case or controversy.

31. Venue is proper in this District under 28 U.S.C. § 1391(b)(1) and (c)(2) because Scribd is a Delaware corporation and therefore resides in this District. Venue is also proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to Honeywell Aerospace's claims occurred in and continue to occur in this District. In addition, "with respect to the civil action in question," Scribd is deemed a resident of this District subject to this Court's personal jurisdiction; thus, venue in this District is also proper under 28 U.S.C. § 1391(c)(2).

32. All conditions precedent to filing this lawsuit have been performed, have occurred, or have been waived.

## BACKGROUND

### HONEYWELL AEROSPACE'S PROPRIETARY, CONFIDENTIAL, AND TRADE SECRET PROTECTED DOCUMENTS

33. Honeywell Aerospace designs and manufactures aerospace and defense products for commercial, military, and space applications. Honeywell Aerospace builds efficient, reliable technologies for its commercial, defense, and space customers worldwide. Honeywell Aerospace designs and manufactures—among other products—engines, APUs and electric power systems for various aircraft, navigation systems, inertial measurement units, sensors, advanced cabin and cockpit products, aircraft control systems, and cutting-edge Electromagnetic Defense Systems. Honeywell Aerospace designs and manufactures unique, sophisticated products and components that are, in many cases, flight and/or mission critical.

34. Honeywell Aerospace creates non-public MRO manuals for Honeywell Aerospace products such as APUs, engines, wheels and brakes, flight management systems, compressors, and

sensors, to name a few, and makes its manuals available to MRO providers and to owners and operators of Honeywell Aerospace products under contracts that include strict confidentiality requirements and distribution prohibitions. Maintenance providers must hold the certifications required under applicable airworthiness regulations, and owners and operators must demonstrate ownership or operation of the product to which the Manual relates. Every applicant must also clear Honeywell Aerospace's export-control and sanctions screening.

35. The Honeywell Aerospace Manuals contain detailed technical information concerning Honeywell Aerospace products including, among other things, maintenance, repair, overhaul, troubleshooting, inspection, installation, testing, operating procedures, parts and component information, specifications, diagrams, and other nonpublic engineering and operational know-how essential for the safe operation and proper maintenance and repair of Honeywell Aerospace products. Honeywell Aerospace zealously guards the secrecy of the Manuals, enforcing strict confidentiality protocols, restricted distribution, and explicit contractual obligations prohibiting disclosure of the Manuals to unauthorized third parties and misuse of the Manuals' contents. Honeywell Aerospace does not provide the Manuals to third parties without their agreement to keep and maintain the Manuals in a confidential manner for specific use and with strict confidentiality and distribution requirements and prohibitions.

36. The trade secrets at issue consist of the nonpublic technical information and compilations contained within the identified Honeywell Aerospace Manuals, including proprietary maintenance, repair, overhaul, troubleshooting, inspection, installation, and testing procedures; engineering specifications and tolerances; inspection and acceptance criteria; repair limits; component configurations; tooling and test requirements; parts and component information; technical diagrams; and other nonpublic engineering and operational know-how. Honeywell

Aerospace does not claim trade-secret protection for information that is generally known, independently available through lawful means, or authorized by Honeywell Aerospace for public release.

37. The identified trade secrets are embodied in specific Honeywell Aerospace technical publications. Representative publications available on Scribd include Component Maintenance Manual 12-591, Revision 7 (contains proprietary post-overhaul inspection and acceptance criteria, including bench-test tolerances and pass/fail values); Component Maintenance Manual 32-40-09-2606671, Revision 16 (contains proprietary step-by-step overhaul instructions and component-specific tooling and test requirements); the T53L-703 Engine Maintenance Manual, Publication 290-2, Revision 4 (contains proprietary repair limits for component wear or damage, including limits that determine when a component may be repaired and when it must be replaced); and the additional Honeywell Aerospace publications identified in **Exhibit A** attached hereto. These Manuals differ from publicly available FAA airworthiness directives, service bulletins, published illustrated parts data, and FAA-approved airworthiness limitations in many important respects. While publicly available materials state the required actions or applicable parts, they do not provide the proprietary how-to instructions, repair limits, or acceptance values developed by Honeywell Aerospace. Honeywell Aerospace provides this proprietary data only to recipients under confidentiality and distribution restrictions.

38. Repair shops must use current, applicable maintenance data when repairing Honeywell Aerospace products. Superseded Manuals may contain outdated procedures, tolerances, inspection criteria, or safety limitations. A repair shop or aircraft owner relying on an uncontrolled copy obtained from Scribd has no reliable means to confirm that the Manual is complete, accurate, and current. Reliance on such a copy may therefore result in an improper

repair and the return to service of a product containing an undetected unsafe condition.[3]

39. The Manuals explicitly state that the information contained therein is confidential and proprietary and that the Manuals contain Honeywell trade secrets (now belonging to Honeywell Aerospace). The Manuals also require the recipient to agree to take all reasonable efforts to maintain the Manuals' confidentiality. The Manuals further prohibit making any copies without express written permission. Honeywell Aerospace Manuals are only distributed under strict confidentiality and distribution requirements and prohibitions included in the terms and conditions of licensing agreements or other commercial contracts. Confidentiality and non-distribution notices are explicit on the Manuals themselves. *See* Ex. A. Honeywell Aerospace does not provide its Manuals to third parties without first obtaining their agreement to keep and maintain the Manuals in a confidential manner.

40. The trade secrets contained within the Manuals are not generally known to the public or to persons capable of obtaining economic value from their use or disclosure, nor are they readily ascertainable through proper means. Honeywell Aerospace distributes the Manuals only through controlled channels and subject to confidentiality and use restrictions. Before the transfer of intellectual property to Honeywell Aerospace in connection with the June 29, 2026 separation, the Manuals were subject to the same protections under Honeywell Aerospace's predecessor, Honeywell International Inc.

41. Honeywell Aerospace provides the Manuals only to vetted recipients through a controlled system that provides current revisions. Recipients must hold the required regulatory certifications to perform the work instructions contained in the Manuals or own or operate the

[3] *See* 14 C.F.R. § 43.9 (2025); FED. AVIATION ADMIN., DEP'T OF TRANSPORTATION, Form FAA 8130-3, Authorized Release Certificate, Airworthiness Approval Tag (2014).

product concerned, and clear U.S. export-control and sanctions screening. Access to and use of the Manuals is strictly governed by agreements that impose confidentiality restrictions. Pursuant to these agreements, recipients are permitted to use the Manuals exclusively for authorized installation, operation, maintenance, repair, overhaul, and related support, and are prohibited from disclosing or redistributing the Manuals without Honeywell Aerospace's express written authorization. Honeywell Aerospace also maintains employee confidentiality agreements, training, access controls, and other measures to prevent unauthorized internal disclosure of the Manuals. Internal access is limited to personnel with a need to know.

42. To maintain the confidentiality of its trade secrets, Honeywell Aerospace implements rigorous technical and operational safeguards. Before an entity can access a particular Manual, it must provide authentication information to Honeywell Aerospace sufficient to demonstrate such entity is authorized pursuant to regulation to use the Manual before it is permitted to gain access to an online portal. An entity also must agree to all terms of a comprehensive user agreement that contains strict limitations on access, authorized users, security, use, distribution, and confidentiality. The user agreement also acknowledges that the Manuals may include trade secrets. Honeywell Aerospace uses a web-based portal to provide access to the Manuals. The portal is strictly controlled and requires unique, credentialed user logins. Even after gaining access to the portal, access to specific Manuals therein is tightly regulated. For example, Manuals relating to a particular product or part are only accessible to entities that can demonstrate an actual need for such a Manual for products and parts that they service or own. To deter and detect unauthorized distribution, Honeywell Aerospace embeds licensee-specific watermarking, maintains robust physical and digital access controls, and conducts regular audits of recipient access and compliance. Honeywell Aerospace strictly enforces these security protocols against third-party

users or employees found to be in breach of their obligations.

43. Prior and superseded revisions of the Manuals are no less secret, and no less valuable, than current revisions. A new revision of a Manual ordinarily updates particular procedures, limits, or part data rather than replacing the Manual's contents wholesale, so that each prior revision continues to disclose most of the engineering specifications and tolerances, repair limits, inspection and acceptance criteria, component configurations, and tooling and test requirements found in the current revision. In conjunction with offering the latest Manual revisions, Honeywell Aerospace continues to offer viable prior revisions of the Manuals to MRO providers, owners and operators, and other vetted recipients, and receives revenue for doing so through a variety of commercial arrangements. Someone with an improperly obtained Manual can use even outdated revisions of such Manual to avoid the research, development, testing, and certification costs that Honeywell Aerospace incurred to develop its intellectual property, and to learn how Honeywell Aerospace designs, repairs, and tests its products. That a technician who relies on a superseded Manual cannot demonstrate compliance with current maintenance-data requirements is a safety concern, as alleged above; it does not mean the information has lost its value or its secrecy. Each revision of each Manual identified in Exhibit A bore Honeywell's proprietary and confidentiality legend and was distributed by Honeywell International Inc., before the separation, only under terms restricting disclosure and further distribution.

SCRIBD INDEPENDENTLY PROCESSES AND TRANSFORMS
USER-UPLOADED DOCUMENTS AND INFORMATION

44. Scribd operates a digital document library and online knowledge platform. Scribd boasts that users of its platform have access to documents and presentations "from experts around the globe." *Scribd*, https://www.scribd.com/ (last visited Oct. 12, 2026). Scribd acquires user-uploaded documents, presentation decks, and other specialty resources. It then independently

copies, stores, converts, reformats, indexes, and redistributes those materials through its own automated systems. Scribd—not the uploading user—controls how, when, and to whom each document is made available. On information and belief, Scribd posts most of the user-uploaded documents submitted to its platform but filters out a subset of documents that fail to meet certain requirements. Because Scribd screens uploaded documents before making them available, Scribd knew or should have known that the Manuals—which bear express confidentiality and proprietary legends—constituted Honeywell Aerospace's trade secrets. Scribd operates alongside three other media platforms—Everand, a digital content subscription service offering a wide selection of ebooks, audiobooks, magazines, podcasts, and sheet music; SlideShare, an online platform featuring millions of subject-matter presentations; and Fable, a platform for online book clubs and "social reading" communities that hosts thousands of book clubs on its app. Scribd's portfolio has grown to "more than 250 million active pieces of content." *See* DATABRICKS, *Turning Content into Conversions with Generative AI*, https://www.databricks.com/customers/scribd/genai (last visited Oct. 12, 2026).

45. Claiming that "[s]omeone out there is searching for your documents," Scribd boasts that its online library contains "over [300M] documents and counting . . . on every topic and niche, from academic papers and legal documents to DIY hobbies, manuals, and more." *See Scribd,* "*FAQ*," https://www.scribd.com/ (last visited Oct. 12, 2026). Scribd promotes, ranks, and makes those documents searchable, including through document previews and search-engine optimization. These are Scribd's own acts of presentation and distribution, performed by Scribd's systems after the user's upload is complete.

46. Scribd's business model depends on acquiring user-uploaded content and then independently exploiting it. Once a document lands on Scribd's servers, Scribd reproduces it,

stores server-side copies, converts it into multiple display formats, compresses it for distribution, generates previews and excerpts, creates metadata and tags for documents, uses artificial intelligence to organize and summarize the document's contents, and gates access behind a paywall. Scribd offers mobile plans to allow users to access documents uploaded to its platform through e-readers and smartphones. It also employs a "Readcast" feature, which has the ability to automatically share documents on social media. Each of these acts is Scribd's own conduct—initiated by Scribd's systems, controlled by Scribd's algorithms, and performed without direction from the uploading user.

47. Although no subscription or fee is required to view or upload documents to Scribd's website, on information and belief, Scribd generates revenue through paid subscriptions that grant ad-free access and the ability to download documents, through advertising placed against user-uploaded content, and through AI-driven processing described below. In 2024, Scribd reportedly served 500,000 customers, generated an estimated annual revenue of $166.8 million, and raised $106.1 million across five funding rounds. *See* LIFE OF SAAS COMPANIES, *Scribd*, https://getlatka.com/companies/scribd (last visited Oct. 12, 2026).

SCRIBD'S AFFIRMATIVE CONDUCT GOES BEYOND PASSIVE HOSTING

48. The unauthorized hosting and sharing of third-party proprietary and confidential documents via Scribd's platform is widespread and well known to Scribd. Scribd makes documents like the Honeywell Aerospace Manuals, and the trade secrets they contain, readily available to the public through a simple keyword search. And Scribd profits each time a subscriber accesses or downloads them.

49. Scribd is not merely a passive document host. Although third-party users upload documents to its platform, Scribd exercises control over those documents and materially contributes to how they are transformed, presented, monetized, and disseminated. The uploading

user's act is complete the instant the file is uploaded to Scribd's server. Everything Scribd does after that moment is Scribd's own conduct, undertaken on Scribd's own initiative without direction from, and beyond the control of, the uploading user.

50. Scribd independently processes, transforms, and exploits the uploaded documents through its own automated systems. Among other things, Scribd reproduces and stores copies of the user-uploaded documents on its own systems; converts, formats, and generates previews and excerpts of those documents; organizes, categorizes, summarizes, and indexes the documents; places them behind, and derives subscription revenue from, its paywall; and permits and facilitates their continued exploitation. Scribd necessarily makes changes to uploaded documents in order to convert them for various display formats, compress the data, create previews and excerpts, and index the contents. Scribd is using, or rather, misusing, Honeywell Aerospace's Manuals to further its own incentives to serve as the online repository of "the world's documents."

51. Scribd claims users of its platform "must own the copyright to any document" shared on its website. *Scribd,* "*FAQ*," https://www.scribd.com/ (last visited Oct. 12, 2026). But Scribd does not remove user-uploaded documents and materials from its platform until *after* the materials have already been uploaded, processed by Scribd to integrate with and enhance its value to the Scribd service, viewed, downloaded, and shared repeatedly. Although Scribd claims to "expeditiously remove infringing material" from its platform, its policy permits "repeat infringers" "three-strikes" before Scribd terminates the offending uploader's access. *Id.* Under that policy, the same uploader may post protected materials repeatedly, and each upload remains available to be viewed and downloaded until Scribd acts.

52. Beyond this, Scribd takes no action to ensure the unauthorized materials are not re-uploaded to its platform. Scribd instead requires the rightful owner to submit a takedown notice

for each document or material and enroll in Scribd's "BookID" program. *Id.* This places a significant onus on the victims of Scribd's brazen dissemination of proprietary, copyrighted, confidential, and trade secret information to constantly police Scribd's website for new or repeat uploads of their documents. Even then, searching Scribd produces false hits and inexact results. For example, a search for "Honeywell Aerospace" results in documents referring to Honeywell Aerospace in materials owned by a third party.

53. On information and belief, Scribd facilitates the further unauthorized use and dissemination of the information and materials uploaded to its platform by permitting large language models ("LLMs")—a form of artificial intelligence used to, among other things, analyze and organize large amounts of data and (in Scribd's case) create systematic embedding—to access content on its website. *See* SCRIBD HELP CENTER, *Will Scribd Allow the Work I Upload to Scribd to be Used by Third Parties*, https://support.scribd.com/hc/en-us/articles/210134646-Will-Scribd-allow-the-work-I-upload-to-Scribd-to-be-used-by-third-parties (last visited on Oct. 12, 2026); SCRIBD HELP CENTER, *Making Your Documents Freely Available on Scribd*, https://support.scribd.com/hc/en-us/articles/210134746-Making-your-documents-freely-available-on-Scribd (last visited on Oct. 12, 2026).

54. Scribd's active and intentional involvement in the misuse of third-party confidential and trade secret information is further enabled by its Uploader Agreement: "By uploading Content to Scribd . . . you grant Us a worldwide, non-exclusive, transferable, assignable, fully paid-up, royalty-free license (with the right to grant and authorize sublicenses) to *host, transfer, display, perform, reproduce, translate, adapt, distribute, compress or convert for distribution* (including but not limited to facilitating accessibility to the visually or hearing impaired), *monetize, charge money for,* restrict access to view, restrict access to download, *advertise against, create*

*derivative works from, train machine learning, large language, or other statistical or data models, and otherwise exploit Your Content, in any media formats and through any media channels*." SCRIBD HELP CENTER, *Uploader Agreement for Scribd and Slideshare*, https://support.scribd.com/hc/en-us/articles/210129466-Uploader-Agreement-for-Scribd-and-Slideshare (last visited on Oct. 12, 2026). Users cannot upload any content to Scribd's platform without first agreeing to these terms. *See* https://www.scribd.com/upload-document ("By uploading, you agree to the Scribd Uploader Agreement") (last visited on Oct. 12, 2026).

55. In other words, when a user—without authorization to do so—uploads a Honeywell Aerospace Manual to Scribd's website, not only does Scribd expose that highly confidential and proprietary information to the public—per the terms and conditions all users must accept before uploading any documents to Scribd's website, Scribd also purports to grant itself a free license to misappropriate Honeywell Aerospace's trade secrets for purposes of AI model-training and the creation of derivative works. Scribd independently ingested and analyzed the substantive contents of the Manuals and used that information to create additional Scribd content. Scribd generated and displayed AI-generated summaries of Honeywell Aerospace Manuals as shown in **Exhibit A**. On information and belief, Scribd also created descriptions, classifications, categories, searchable metadata, previews, excerpts, and other derivative content through which Scribd organized, described, promoted, and facilitated access to the Manuals.

56. The AI summaries were created by Scribd's systems, *not* the users who uploaded the Manuals. To generate those summaries, Scribd necessarily processed, analyzed, extracted, selected, and reformulated substantive information contained within the Manuals. Scribd then published the summaries alongside the underlying Manuals, enabling its users to understand and evaluate the Manuals' content without first reviewing the complete publications.

57. Scribd has publicly acknowledged that this processing is systematic rather than incidental. Scribd describes using generative AI to auto-generate content metadata—"titles, summaries, descriptions and categories"—that "enrich every piece of user-uploaded content." *See* Databricks, Turning Content into Conversions with Generative AI, https://www.databricks.com/customers/scribd/genai (last visited Oct. 12, 2026). On information and belief, the Manuals were among the user-uploaded content subjected to this process, such that the AI-generated summaries and metadata for the Manuals were produced by Scribd's own systems through Scribd's own analysis of the Manuals' contents.

58. Scribd used the resulting summaries, metadata, descriptions, previews, and other derivative content to improve search and discovery, increase the usefulness of its document library, attract and retain users, and facilitate access to the underlying Manuals. Scribd thereby obtained commercial value from its own analysis, transformation, and presentation of Honeywell Aerospace's trade secrets.

59. Scribd itself attributes concrete commercial results to this AI-generated content, reporting that the auto-generated metadata "directly translated to a 7% increase in new user sign-ups and a 7% reduction in churn." *Id.* Scribd thus profits from its own AI-driven analysis and repackaging of user-uploaded content, including the Honeywell Aerospace Manuals and the trade secrets they contain.

60. Scribd directly misappropriated Honeywell Aerospace's trade secrets by acquiring, reproducing, storing, processing, analyzing, indexing, displaying, distributing, AI-summarizing, and commercially exploiting the Honeywell Aerospace Manuals without authorization. Scribd's use extended beyond mere possession or storage. Scribd used the Manuals' substantive contents as input to its artificial-intelligence systems, generated summaries and other derivative content

from the protected information contained in the Manuals, incorporated that content into Scribd's search and discovery functions, and displayed the resulting content to its users.

61. The Manuals bore Honeywell identifying information and express confidentiality and proprietary notices. Scribd therefore knew or had reason to know that the Manuals contained protected information and had been uploaded without authorization. Through these acts, Scribd acquired, disclosed, and affirmatively used Honeywell Aerospace's trade secrets without consent and for Scribd's own commercial benefit.

62. Scribd did not obtain the Manuals directly from Honeywell Aerospace, which has never provided them to Scribd or to the public. The Manuals therefore reached Scribd only through uploads by persons or entities who were not authorized to disseminate them. Scribd knew or had reason to know as much. The Manuals' confidentiality legends and plainly technical, nonpublic content indicate to Scribd that these materials were not intended for public distribution, and Scribd itself represents that users "must own the copyright to any document" they share, which no genuine licensee of the Manuals could truthfully represent.

## THE PARTIES' PRE-SUIT CORRESPONDENCE

63. Honeywell Aerospace acted promptly after discovering Scribd's postings of the Honeywell Aerospace Manuals by identifying representative unauthorized copies, notifying Scribd of their confidential and trade-secret status, demanding their removal, and demanding that Scribd take measures to prevent renewed uploads. Honeywell Aerospace first learned of Scribd's postings on or about August 4, 2026, when Honeywell Aerospace personnel discovered some of the Manuals while performing an unrelated internet search. On information and belief, many Manuals had been available on Scribd for months, but Scribd gives rights holders no means of learning what has been posted, and Honeywell Aerospace had no knowledge of the postings. In the days that followed August 4, 2026, Honeywell Aerospace investigated the scope of the

postings, identified representative Manuals, and confirmed that none had been authorized for public release before notifying Scribd. Since discovering the postings, Honeywell Aerospace has also monitored Scribd for additional Manuals.

64. On August 14, 2026, Honeywell Aerospace informed Scribd via letter of "Scribd's unauthorized hosting, publication, display, and distribution of thousands" of the Honeywell Aerospace Manuals. Honeywell Aerospace informed Scribd that the Honeywell Aerospace Manuals and the information contained therein constitute Honeywell Aerospace's confidential and proprietary information and trade secrets and, as such, Honeywell Aerospace takes all reasonable measures to maintain the Manuals' secrecy, including through restricted distribution, confidentiality obligations with third parties and its employees, controlled access, and other safeguards.

65. Honeywell Aerospace provided Scribd with several representative samples of the Manuals identified to date as being wrongfully accessible through Scribd's website and services. Honeywell Aerospace informed Scribd that Honeywell Aerospace did not authorize Scribd to acquire, reproduce, host, publish, display, distribute, or otherwise make the Honeywell Aerospace Manuals available, and demanded that Scribd, among other things, remove and disable all access to the Manuals, prevent them from being re-uploaded, and preserve evidence relating to them.

66. In response, Scribd removed the Manuals identified by Honeywell Aerospace as "representative samples" but only following Honeywell Aerospace's takedown requests pursuant to the Digital Millennium Copyright Act ("DMCA"), which itself was a time-consuming undertaking of several days given the sheer volume of Honeywell Aerospace documents that were misappropriated and publicly posted on Scribd's platform. Scribd refused to conduct additional searches for other Honeywell Aerospace material that may have been posted without authorization

to its site. Even for the Manuals that Scribd removed, nothing prevents any user from re-uploading those very same Honeywell Aerospace Manuals to Scribd, at which point Honeywell Aerospace would need to submit DMCA takedown requests anew. Scribd further stated that Honeywell Aerospace, rather than Scribd, bore the responsibility for identifying with specificity each additional item for which Honeywell Aerospace sought removal, and that Scribd would not conduct a general search for potentially infringing materials. As such, to protect its trade secrets in the face of Scribd's business model Honeywell Aerospace would have to constantly and perpetually search Scribd's website and repeat the DMCA takedown request process in perpetuity.

67. As of the date of this filing, Honeywell Aerospace Manuals still remain publicly available on Scribd. *See* Ex. A. Scribd has nevertheless expressly refused to implement reasonable measures to prevent users from uploading or re-uploading the Manuals. Because Scribd's platform remains configured to accept, reproduce, process, distribute, copy, duplicate, search, index, exploit for AI purposes, and monetize any Manual that a user uploads, the same misappropriation may recur immediately and without notice to Honeywell Aerospace. Scribd's prior conduct and stated refusal to prevent renewed uploads therefore present a continuing threat of repeated misappropriation. As to Honeywell Aerospace's request that Scribd prevent future dissemination of the Manuals, Scribd contends any demand by Honeywell Aerospace in that regard is "completely without legal effect."

68. Scribd knew or should have known the Manuals were acquired through improper means and/or were provided, uploaded, or made available without express authorization. To be sure, the numerous Manuals available on Scribd's platform bear Honeywell identifying information, proprietary and confidentiality designations, and state that they concern highly technical, nonpublic aerospace documentation.

69. Scribd's continued conduct is knowing, willful, and malicious. Scribd's conduct has caused and, unless enjoined, will continue to cause, Honeywell Aerospace immediate and irreparable harm, including loss of the secrecy and exclusivity that gives the Manuals their value, impairment of the value of Honeywell Aerospace's proprietary information, harm to Honeywell Aerospace's business relationships and goodwill, and the safety risks described above—harm that cannot be fully remedied by money damages alone. Scribd imposes no meaningful restraints on the downloading or redistribution of the Manuals, and the number of times they have been viewed, downloaded, and further disseminated is unknown to Honeywell Aerospace and may be vast—compounding the irreparable harm and underscoring the need for injunctive relief. For these reasons, Honeywell Aerospace had no choice but to initiate litigation.

70. Scribd's removal of certain of Honeywell Aerospace's specifically identified Manuals may have ended the current public availability of those specific Manuals on Scribd, but it did not eliminate the threat of continued or renewed misappropriation—even for those very same Manuals—nor did it remove the Manuals from individuals who are not authorized to possess them yet accessed them on Scribd. The representative samples demonstrate that numerous Honeywell Aerospace publications were separately uploaded to Scribd's platform and subjected to Scribd's automated processing and content-generation systems. Scribd declined Honeywell Aerospace's request to implement measures reasonably calculated to prevent Honeywell Aerospace's Manuals from being uploaded again.

71. Scribd publicly states that it may use automated systems to evaluate uploaded content for infringement and abuse. Scribd therefore possesses or has access to automated content-evaluation capabilities, yet it has refused to use reasonable measures to identify and prevent renewed uploads of the Honeywell Aerospace Manuals. Scribd instead requires Honeywell

Aerospace to discover and report each new posting after Scribd has already acquired, processed, summarized, indexed, and disclosed the Manuals.

72. If any identified Manual or substantially identical copy is uploaded again, Scribd's existing systems are configured to acquire and reproduce the Manual, analyze its substantive contents, generate an AI summary and associated metadata, index the Manual for search and discovery, and make Scribd-created derivative content available to users. Scribd's prior and ongoing misappropriation, the number of separate Honeywell Aerospace publications previously processed, the automated nature of Scribd's processing, and Scribd's stated refusal to prevent recurrence establish a real and continuing threat of renewed misappropriation. Honeywell Aerospace's ability to identify unauthorized Manuals on Scribd is limited to materials it is able to locate through searches of Scribd's publicly accessible website. Honeywell Aerospace may submit takedown notices for particular Manuals it discovers, but it cannot identify or report materials uploaded to Scribd without its knowledge. As a result, Honeywell Aerospace is forced to take time-consuming steps, on a document-by-document basis, even though its searches have revealed hundreds of its proprietary trade secrets on Scribd's platform.

## CLAIMS FOR RELIEF

### COUNT I: Misappropriation of Trade Secrets Under the Defend Trade Secrets Act (18 U.S.C. §§ 1831–1839)

73. Honeywell Aerospace incorporates the preceding paragraphs by reference as if set forth fully herein.

74. The Defend Trade Secrets Act, 18 U.S.C. §§ 1831–1839, prohibits the actual or threatened misappropriation of trade secrets.

75. Honeywell Aerospace owns the trade secrets asserted in this action. Those trade secrets consist of the identified nonpublic technical information and compilations contained within

the Honeywell Aerospace Manuals. Honeywell Aerospace acquired ownership of those Manuals and their protected contents through the transfer and allocation of the intellectual property associated with Honeywell Aerospace's business in connection with the June 29, 2026 separation from Honeywell International Inc. The identified information constitutes trade secrets within the meaning of 18 U.S.C. § 1839(3).

76. Honeywell Aerospace's trade secrets are related to products and services used in, and intended for use in, interstate and foreign commerce, including Honeywell Aerospace APUs, engines, wheels and brakes, flight data recorders, auto pilot controllers, proximity sensors, fuel controls, wiring harnesses, aircraft solenoid valves, oxygen sensors, compressors, satellite communication terminals, traffic collision avoidance systems, engine controls, enhanced ground proximity warning system, integrated flight deck weather radar, antennas, actuators, starter generators, and other products installed in aircraft operated throughout the United States and the world.

77. Honeywell Aerospace's trade secrets derive independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from their disclosure or use, at least because (i) the information embodies engineering, testing, and repair data that Honeywell Aerospace developed at substantial expense; (ii) Honeywell Aerospace provides the Manuals, including prior revisions, to users on commercial terms pursuant to commercial agreements, and receives revenue from those agreements, which the free and unrestricted availability of the Manuals on Scribd undermines; and (iii) the information would give any person that obtains it through improper means the ability to misuse it to avoid the research, development, testing, and certification costs that Honeywell Aerospace incurred to develop its intellectual property, and to

learn how Honeywell Aerospace designs, repairs, and tests its products, allowing that person to inappropriately obtain a competitive advantage over Honeywell Aerospace.

78. Honeywell Aerospace owns and holds all enforceable proprietary rights in each Manual on Scribd's platform and the trade secrets and confidential and proprietary information contained therein. Honeywell Aerospace takes reasonable measures to maintain the secrecy of such information, including by making such materials available only under strict confidentiality provisions and prohibitions on distribution.

79. Scribd has misappropriated Honeywell Aerospace's trade secrets within the meaning of 18 U.S.C. § 1839(5). Among other things, Scribd has monetized, charged money for, displayed, reproduced, translated, distributed, indexed, converted for distribution, compressed, adapted, created derivative works from, trained machine learning models on, summarized with AI, exploited, disclosed and used, and continues to disclose and use Honeywell Aerospace's trade secrets in the same manner without Honeywell Aerospace's express or implied consent. Scribd knew or had reason to know that its knowledge of Honeywell Aerospace's trade secrets was derived from or through persons who acquired them by improper means or who owed Honeywell Aerospace a duty to maintain their secrecy, or that the trade secrets had otherwise been acquired by improper means. Scribd had that knowledge at the time of its disclosure and use of the Manuals, including at a minimum through its own processing of the Manuals' contents and, as to each Manual that remained available, from and after the date on which Scribd received specific notice of these facts. *See* 18 U.S.C. § 1839(5)(B)(ii).

80. Scribd's knowledge is established by, among other things, the proprietary and confidentiality legends on the face of the Manuals, the plainly non-public and technical nature of their contents, Scribd's own AI-generated summaries of the Manuals, which required Scribd's

systems to ingest and process their contents, and Honeywell Aerospace's August 14, 2026 written notice and related takedown requests. Scribd's continued disclosure and use of the Manuals after receiving that notice is knowing, willful, and malicious within the meaning of 18 U.S.C. § 1836(b)(3)(C).

81. Scribd further acted with willful blindness, deliberately declining to investigate or confirm the origin and confidential status of the Manuals despite having every reason to know such information constitutes Honeywell Aerospace's trade secrets that were obtained through improper means in order to continue profiting from their availability.

82. As a direct and proximate result of Scribd's misappropriation, Honeywell Aerospace has suffered and will continue to suffer damages, including actual loss and unjust enrichment to Scribd not captured by actual loss, in an amount to be proven at trial. In the alternative, Honeywell Aerospace is entitled to recover a reasonable royalty for Scribd's unauthorized disclosure and use of Honeywell Aerospace's trade secrets. *See* 18 U.S.C. § 1836(b)(3)(B). Because Scribd's misappropriation was willful and malicious, Honeywell Aerospace is further entitled to exemplary damages under 18 U.S.C. § 1836(b)(3)(C) and to its attorney's fees under 18 U.S.C. § 1836(b)(3)(D).

83. Scribd's misappropriation has caused, and unless enjoined, will continue to cause, immediate and irreparable harm to Honeywell Aerospace. Honeywell Aerospace is entitled to injunctive relief under 18 U.S.C. § 1836(b)(3)(A), including an order enjoining Scribd from further disclosure or use of the Manuals and requiring Scribd to immediately remove and disable access to all remaining Manuals and to take affirmative steps to prevent them from being re-uploaded and further disseminated. This harm includes loss of the secrecy and exclusivity giving the Manuals their value, impairment of Honeywell Aerospace's revenue generated in relation to the Manuals,

and degradation of the aviation regulatory framework that prescribes minimum standards for aircraft maintenance, inspection, and overhaul in order to ensure safety in aviation.

**COUNT II: Misappropriation of Trade Secrets Under the**
**Delaware Uniform Trade Secrets Act (6 Del. C. §§ 2001–2009)**

84. Honeywell Aerospace incorporates the preceding paragraphs by reference as if set forth fully herein.

85. The Delaware Uniform Trade Secrets Act, 6 Del. C. §§ 2001–2009, prohibits the actual or threatened misappropriation of trade secrets.

86. Honeywell Aerospace owns the Honeywell Aerospace Manuals and the trade secrets contained within them, including the identified nonpublic technical information and compilations described above. Honeywell Aerospace acquired ownership of those Manuals and their protected contents through the transfer and allocation of the intellectual property associated with Honeywell Aerospace's business in connection with the June 29, 2026 separation from Honeywell International Inc.

87. Honeywell Aerospace Manuals covering its engine controls, enhanced ground proximity warning system, integrated flight deck weather radar, antennas, actuators, starter generators, and other products, and the non-public information they contain, are trade secrets within the meaning of 6 Del. C. § 2001(4). Honeywell Aerospace's trade secrets relate to Honeywell Aerospace APUs, engines, wheels and brakes, flight data recorders, auto pilot controllers, proximity sensors, fuel controls, wiring harnesses, aircraft solenoid valves, oxygen sensors, compressors, satellite communication terminals, traffic collision avoidance systems, and other products installed in aircraft operated throughout the United States and the world.

88. Honeywell Aerospace's trade secrets derive independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable through proper

means by, another person who can obtain economic value from their disclosure or use, at least because (i) the information embodies engineering, testing, and repair data that Honeywell Aerospace developed at substantial expense; (ii) Honeywell Aerospace provides the Manuals, including prior revisions, to users on commercial terms pursuant to commercial agreements, and receives revenue from those agreements, which the free and unrestricted availability of the Manuals on Scribd undermines; and (iii) the information would give any person that obtains it through improper means the ability to misuse it to avoid the research, development, testing, and certification costs that Honeywell Aerospace incurred to develop its intellectual property, and to learn how Honeywell Aerospace designs, repairs, and tests its products, allowing that person to inappropriately obtain a competitive advantage over Honeywell Aerospace.

89. Honeywell Aerospace owns and holds all enforceable proprietary rights in each Manual on Scribd's platform and the trade secrets and confidential and proprietary information contained therein. Honeywell Aerospace takes reasonable measures to maintain the secrecy of such information, including by making such materials available only under strict confidentiality provisions and prohibitions on distribution.

90. Scribd has misappropriated Honeywell Aerospace's trade secrets within the meaning of 6 Del. C. § 2001(2), including § 2001(2)b.2.

91. Among other things, Scribd has monetized, charged money for, displayed, reproduced, translated, distributed, indexed, converted for distribution, compressed, adapted, created derivative works from, trained machine learning models, summarized with AI, exploited, disclosed and used, and continues to disclose and use Honeywell Aerospace's trade secrets in the same manner without Honeywell Aerospace's express or implied consent. Scribd knew or had reason to know that its knowledge of Honeywell Aerospace's trade secrets was derived from or

through persons who acquired them by improper means or who owed Honeywell Aerospace a duty to maintain their secrecy, or that the trade secrets had otherwise been acquired by improper means. Scribd had that knowledge at the time of its disclosure and use of the Manuals, including at a minimum through its own processing of the Manuals' contents and, as to each Manual that remained available, from and after the date on which Scribd received specific notice of these facts.

92. Scribd further acted with willful blindness, deliberately declining to investigate or confirm the origin and confidential status of the Manuals despite having every reason to know such information constitutes Honeywell Aerospace's trade secrets that were obtained through improper means in order to continue profiting from their availability.

93. Scribd's knowledge is established by, among other things, the proprietary and confidentiality legends on the face of the Manuals, the plainly non-public and technical nature of their contents, Scribd's own AI-generated summaries of the Manuals, which required Scribd's systems to ingest and process their contents, and Honeywell Aerospace's August 14, 2026 written notice and related takedown requests. Scribd's continued disclosure and use of the Manuals after receiving that notice is knowing, willful, and malicious within the meaning of 6 Del. C. § 2003(b).

94. As a direct and proximate result of Scribd's misappropriation, Honeywell Aerospace has suffered and will continue to suffer damages, including actual loss and unjust enrichment to Scribd not captured by actual loss, in an amount to be proven at trial. In the alternative, Honeywell Aerospace is entitled to recover a reasonable royalty for Scribd's unauthorized disclosure and use of the trade secrets. *See* 6 Del. C. § 2003(a). Because Scribd's misappropriation was willful and malicious, Honeywell Aerospace is further entitled to exemplary damages under 6 Del. C. § 2003(b) and to its attorney's fees under 6 Del. C. § 2004.

95. As a direct and proximate result of Scribd's misappropriation of Honeywell Aerospace's trade secrets, including but not limited to those relating to Honeywell Aerospace's engine controls, enhanced ground proximity warning system, integrated flight deck weather radar, antennas, actuators, and starter generators, Honeywell Aerospace has suffered and will continue to suffer irreparable harm, including loss of confidential and proprietary information, loss of the secrecy and exclusivity giving the Manuals their value, impairment of Honeywell Aerospace's revenue generated in relation to the Manuals, and degradation of the regulatory framework for aircraft maintenance, inspection, and overhaul upon which flight safety critically depends. Honeywell Aerospace is entitled to injunctive relief under 6 Del. C. § 2002, including an order enjoining Scribd from further disclosure or use of the Manuals and requiring Scribd to immediately remove and disable access to all remaining Manuals and to take affirmative steps to prevent them from being re-uploaded and further disseminated.

## **PRAYER FOR RELIEF**

WHEREFORE, Honeywell Aerospace respectfully prays for the following relief:

1. A preliminary and permanent injunction prohibiting Scribd and persons acting in concert with it from acquiring, processing, analyzing, summarizing, indexing, reproducing, displaying, distributing, or otherwise using the Honeywell Aerospace Manuals, substantially identical copies of those publications, and the specifically identified trade-secret information contained within them;

2. An order requiring Scribd to:

   a. Remove and disable public access to all Honeywell Aerospace Manuals and any related materials on Scribd's website, applications, search results, previews, mirrors, cached copies,

download links, and any other Scribd-controlled services or systems;

b. Implement reasonable and technically feasible content-recognition measures designed to identify and prevent renewed uploads of the Honeywell Aerospace Manuals and any substantially identical copies, including appropriate use of document identifiers, file hashes, text matching, image matching, or comparable detection methods available to Scribd;

c. Collect and preserve all evidence related to Scribd's possession, hosting, use, distribution, and disclosure of Honeywell Aerospace Manuals, currently or in the past, including (i) the identity of each such Manual; (ii) dates and times when each Manual was uploaded; (iii) the identity of each uploader (user); (iv) the IP address and Scribd account information of each uploader (user); (v) the number of times the Manual was viewed along with specific dates and times; (vi) the identity of each viewer (user); (vii) the IP address and Scribd account information of each viewer (user); (viii) the number of times the Manual was downloaded along with specific dates and times; (ix) the identity of each downloader (user); and (x) the IP address and Scribd account information of each downloader (user), for the purpose of identifying the sources of unauthorized disclosure and the scope of dissemination of the Manuals;

d. Provide Honeywell Aerospace with the identity of any third-party companies or platforms (e.g., websites or LLMs) that accessed any Honeywell Aerospace Manual, including (i) the Manuals accessed; (ii) specific dates and times the Manuals were accessed; (iii) IP addresses and account details of third-party companies or platforms that accessed Honeywell Aerospace Manuals; and (iv) information regarding the purpose for which the Manuals were accessed (if known), for the purpose of identifying the sources of unauthorized disclosure and the scope of dissemination of the Manuals;

e. Otherwise preserve all documents, electronically stored information, logs, metadata, communications, account information, upload records, download records, access records, payment records, and other evidence relating to the Honeywell Aerospace Manuals or the persons or entities/platforms that uploaded or accessed the Manuals, and Scribd's knowledge of or actions concerning the same. This preservation obligation includes preservation of any and all potentially relevant data in its native format and suspension of any routine deletion, overwriting, or destruction of such information; and

f. Provide written certification—signed by an authorized representative—confirming completion of the foregoing removal, preservation, and disabling measures as well as the measures Scribd

has implemented or will implement to prevent recurrence of this misappropriation within seven (7) calendar days of the receipt of the Court's order.

3. An accounting of all revenues, profits, and other benefits Scribd has derived from the Honeywell Aerospace Manuals, and the extent of the Manuals' upload, hosting, access, and dissemination;

4. Monetary damages resulting from Scribd's misappropriation of Honeywell Aerospace's trade secrets;

5. An award of exemplary damages under 18 U.S.C. § 1836(b)(3)(C) and 6 Del. C. § 2003(b);

6. That Honeywell Aerospace be awarded its costs of suit, including reasonable attorney's fees under 18 U.S.C. § 1836(b)(3)(D) and 6 Del. C. § 2004;

7. The imposition of a constructive trust over all revenues, profits, and other benefits Scribd has derived from its unauthorized hosting, distribution, and exploitation of the Honeywell Aerospace Manuals;

8. Pre- and post-judgment interest; and

9. All other relief the Court deems just and proper following a trial by jury.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Honeywell Aerospace demands a trial by jury on all issues so triable.

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Tyler E. Cragg (#6398)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
tcragg@potteranderson.com

*Attorneys for Plaintiff*
*Honeywell Aerospace US LLC*

OF COUNSEL:

Brent Ray
Leah A. Schultz
Kenesha Starling Duncan
ARNOLD & PORTER KAYE
SCHOLER LLP
811 Main Street, Ste. 1800
Houston, TX 77002
(713) 576-2400

Jennifer F. Kaplan
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
(202) 942-5151

Dated: October 12, 2026
13187751